IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD TROY BETTENCOURT,

    Plaintiff,

vs.                                              No. CIV 06-799 JB/DJS

JAY W. FORBES,

    Defendant.

## ORDER AND JUDGMENT

**THIS MATTER** comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court, and this action be, and hereby is, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE